CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of California



**FILED**

Jan 14 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            s/ ArminCortez            DEPUTY

Case No. **'26CV0210 AGS KSC**

(to be filled in by the Clerk's Office)

Jason WALTER Cable

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-                        of.

The Pennsylvania Governors office .Admin.)
The Pennsylvania Dept of Human Services
The Pennsylvania. State Civil Service Commission

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name               Jason WALTER cable.
Street Address     2083 Sunset Cliffs Blvd.
City and County    San Diego  and  San Diego County
State and Zip Code CA 92107
Telephone Number   619-381-9142
E-mail Address     Cable j2082 egmail. com.

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

1

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

Defendant No. 1

Administration

Name            The Pennsylvania Governors Office OF.
Job or Title *(if known)*    Secratary : MR. Weil Weaver
Street Address    613 North Street.
City and County    Harrisburg    Dauphin
State and Zip Code    PA.    17120
Telephone Number    (717) 787-9945
E-mail Address *(if known)*

Defendant No. 2

Name            The Pennsylvania Dept. OF Human Services.
Job or Title *(if known)*    Secratary : MS. Valerie A. Arkoosh
Street Address    625 Foster St.
City and County    Harrisburg    Dauphin.
State and Zip Code    PA.    17120
Telephone Number    (717) 787-2600.
E-mail Address *(if known)*

Defendant No. 3

Commission

Name            The Pennsylvania STAR Civil Service
Job or Title *(if known)*    Executive Director Seffevey Wallace.
Street Address    Strawbenny Square    320 MpwkST.E.
City and County    Harrisburg    Dauphin.
State and Zip Code    PA.    17108
Telephone Number    717 783 - 3058.
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

2

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Question        ☒ Diversity of Citizenship        ☐ U.S. Government Defendant

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* JASON WALTER CABE , is a citizen of the

State of *(name)* CALIFORNIA . Or is a

citizen of *(foreign nation)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* The Governors Office of Administration , is a citizen of

the State of *(name)* PENNSYLVANIA . Or is a citizen of

*(foreign nation)* _____ .

b.    If the defendant is a Limited Liability Company (LLC)

The defendant LLC's individual members, *(names)* _____

are citizens of the following States or foreign nations *(names)*:

_____

3

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Question           ☐ Diversity of Citizenship           ☐ U.S. Government Defendant

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* JASON WINTER CABlP , is a citizen of the

State of *(name)* CALiCORuia . Or is a

citizen of *(foreign nation)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

HumAN SeRViCes

a.    If the defendant is an individual          pepartmewt oF

The defendant, *(name)* The. PennsyLuania. , is a citizen of

the State of *(name)* PcwwsyLuaN.a . Or is a citizen of

*(foreign nation)* _____.

b.    If the defendant is a Limited Liability Company (LLC)

The defendant LLC's individual members, *(names)* _____

are citizens of the following States or foreign nations *(names)*:

_____.

3

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Question        ☐ Diversity of Citizenship        ☐ U.S. Government Defendant

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Jason Walter Cable , is a citizen of the State of *(name)* California . Or is a citizen of *(foreign nation)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)                                                    Commission

a.    If the defendant is an individual The Pennsylvania State Civil Service

The defendant, *(name)* _____, is a citizen of the State of *(name)* Pennsylvania . Or is a citizen of *(foreign nation)* _____

b.    If the defendant is a Limited Liability Company (LLC)

The defendant LLC's individual members, *(names)* _____

are citizens of the following States or foreign nations *(names)*:

_____

3

c.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

IF I WOULD have Known About the time element, I would not have Acted in desperation, to Provide myscle And my Three children (As I Know them to Be) A Finalosome

**III.    Venue** sort of dollar Amount. Before I caw die, I quit my good job with The state. — with the state of Pennsylvania Knowing Full well their

The Southern District of California includes the Counties of San Diego and Imperial. If one of the venue options below applies, the Southern District is the correct place to file your lawsuit.

Venue is appropriate in this Court because *(check all that apply)*:

☐    a substantial part of the events I am suing about occurred in San Diego or Imperial County

☐    a substantial part of the property I am suing about is located in San Diego or Imperial County

☐    I am suing the U.S. government, federal agency, or a federal official in his/her/their official capacity **and** I live in San Diego or Imperial County

☐    at least one defendant resides in this district and all other defendants reside in California

☒    Other (identify the specific statute that says venue is proper here):

28 USC. § 1983 And. § 1367.

⤷ Actions And. intent to create me A hardship, As part of self Re-Assuring. learning Process, About what not to do when you make personal/Professional And Financial. Descisions under Continued, emotional, personal And Physical duress.

4

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

**IV.　Statement of Claim(s)** 28 U.S.C. § 1983. AND § 1367.

Write a short and plain statement of each claim or legal cause of action you believe entitles you to relief. In your own words, briefly explain what each defendant did, when and where they did it, and how each defendant's acts or omissions caused you harm. If you wish to make more than one claim for relief, number each one and include a short and plain statement of each claim in a separate paragraph, as set forth below. Attach additional pages if needed.

1) 4 PA 101.54.C (Governors Office of Administration
(Pennsylvania General Assembly)
2) 71 Pa.C.S, § 2106

**A.　FIRST CLAIM FOR RELIEF:** _____ (identify the law or right you claim was violated), by The PA DEPT OF HUMAN SERVICES AND THE PA. DEPT OF CIVIL. SERVICE COMMISSION The Governs Office of Administration (name the defendant(s) involved).

Department of Justice. FBI has evidence. 2013/

? my electronic Devices Are Compromised
① Direct/Indirect Conversations with my immediate

Supporting Facts: (explain what happened): I WAS MANIPULATED BY MY FAMILY. ABOUT MY current ASSOCIATIONS FAMILY AND. BUSINESS/Government. Connections TO. situation Use MY WEAKNESSES AGAINST me. I have extensive, evidence. 2.

2018. June 15th, Left Employment.

② I Applied over 94 Times AS I WAS Instructed. to. DO by The Human Resources. Department. At Place Pitt Pitts burgh PA.

2019 ③ I Ree TOOK. The Income maintenance. case Worker exam Over AGAIN AS Instructed, scored 100, PLUS resubmitted. MY DD-214 FOR MY Honorable Discharge. FOR. The Additional. 10 Percent, FOR A combined 110.

④ I Interviewed More. Than. 2 FOR MY Job bACK. once in HARisburg@ Central Unit And. BACK. At The Fayette. County. Assistance. OFFICE.

⑤ Continued. to Receive Notifications. Of openings Even At the same offices, interviewed with, specifically Acknowledged. by staff, Executive team main, That I needed TO re-apply.

2020 ⑥ had MULTIPle interviews with The Dept of LABor.

⑦. Conversations with Both. PARents AND other. 2023 FAMILY members, That my circumstances, Were NOT BY Chance.

Current ⑧ With out. Some Kind. of immediate help. Under. 28 U.S.C. § 2361; Unclear how I CAN continue. To hold OUT. Without interlocutory Interlocutory. Junction, my Food stamps Keep getting switched + cut out. Well

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.

☒  Money damages in the amount of: $ ·50, 412, 672.25 ← *TOTAL COMPENSATORY*

☐  Other (explain): _____    *Punitive*

Immediate ReTuRN To woRK.    *DAMAGES*
And to have The CASe TRAnsferred. to-
Western Pennsylvania District in Pittsburch To be
Amended (The Complaint). - For Final JudGement, so I
Can prepare For Additional Defendants, And- For Resolution

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or lack of information.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            1-14-2026

Plaintiff's Signature:       *Jason Walter Cable*

Plaintiff's Printed Name:    SASON WALTER CABIE

7